### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAUSE OF ACTION INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:15-cv-00770-KBJ |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate

and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney

fees, and expenses.

Dated: October 31, 2017                    Respectfully submitted,


/s/ *Richard Hagerman*                    */s/ Ryan P. Mulvey*
RICHARD HAGERMAN (NY Bar 5113303)         Ryan P. Mulvey
Nelson Wagner                             D.C. Bar No. 1024362
Trial Attorneys, Tax Division             Lee A. Steven
U.S. Department of Justice                D.C. Bar No. 468543
Post Office Box 227
Washington, DC 20044                      CAUSE OF ACTION INSTITUTE
(202) 616-9832 (p)                        1875 Eye Street, N.W., Suite 800
(202) 514-6866 (f)                        Washington, D.C. 20006
Richard.J.Hagerman@usdoj.gov              Telephone: (202) 499-4232
Nelson.Wagner@usdoj.gov                   Facsimile: (202) 330-5842
                                          ryan.mulvey@causeofaction.org
                                          lee.steven@causeofaction.org
ELIZABETH J. SHAPIRO
Deputy Director
U.S. Department of Justice                *Counsel for Plaintiff*
Civil Division, Federal Programs